1  Konrad K. Gatien (Bar No. 221770)
   kgatien@raineslaw.com
2  Nicole Cohen (Bar No. 261109)
   ncohen@raineslaw.com
3  Raines Feldman LLP
   9720 Wilshire Boulevard
4  Fifth Floor
   Beverly Hills, California  90212
5  Telephone:  (310) 440-4100
   Facsimile:   (310) 765-7647
6
7  Attorneys for Plaintiff
   MAD DOGG ATHLETICS, INC.
8

FILED
CLERK, U.S. DISTRICT COURT

DEC − 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MAD DOGG ATHLETICS, INC., a California corporation, | Case No. CV12- 10500 DDP (FFMx) |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | 1. **FEDERAL TRADEMARK COUNTERFEITING (15 U.S.C. § 1114);** |
| WAL-MART STORES, INC., a Delaware corporation; and SAM'S WEST, INC., a Delaware corporation, | 2. **FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114);** |
| Defendants. | 3. **FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a));** |
| | 4. **STATE STATUTORY UNFAIR COMPETITION, TRADEMARK INFRINGEMENT AND TRADEMARK COUNTERFEITING (Cal. Bus. & Prof. Code §§ 17200 et seq., 14245 and 14250); and** |
| | 5. **STATE COMMON LAW UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT.** |

1    In this lawsuit, plaintiff MAD DOGG ATHLETICS, INC. ("Mad Dogg") seeks

2  to protect its exclusive right to use its federally registered SPIN®, SPINNER®, and

3  SPINNING® trademarks in connection with the sale of stationary exercise bicycles.

4  Accordingly, Mad Dogg seeks an injunction against the unauthorized use of Mad

5  Dogg's valuable trademarks, monetary damages, and such other relief as the Court

6  deems just and proper.

7                                    **Jurisdiction and Venue**

8    1.    This is a Complaint for federal trademark infringement and

9  counterfeiting under 15 U.S.C. § 1114; federal unfair competition and false

10  designation of origin under 15 U.S.C. § 1125(a); state statutory unfair competition,

11  trademark infringement and trademark counterfeiting under Cal. Bus. & Prof. Code §§

12  17200 et seq., 14245 and 14250, respectively; and state common law unfair

13  competition and trademark infringement.  This Court has jurisdiction over this matter

14  pursuant to 15 U.S.C §§ 1116(a) and 1121; 28 U.S.C. §§ 1331, 1332(a), and

15  §§ 1338(a) and (b); and 28 U.S.C. § 1367. Venue is proper in this district pursuant to

16  28 U.S.C. § 1391(b).

17                                          **Parties**

18    2.    Mad Dogg is a corporation duly organized and existing under the laws of

19  the State of California, located and doing business at 2111 Narcissus Court, Venice,

20  California, 90291.

21    3.    On information and belief, defendant WAL-MART STORES, INC.

22  ("Wal-Mart") is a corporation organized and existing under the laws of the State of

23  Delaware, doing substantial and continuous business in this judicial district, with a

24  corporate headquarters at 702 SW 8th Street, Bentonville, Arkansas, 72716.  On

25  information and belief, this defendant is qualified to do business in the State of

26  California, and is subject to the jurisdiction of this Court as a result of its use of

27  trademarks that are identical or confusingly similar to Mad Dogg's federally

28

1    registered SPIN Family of Marks (defined below) in connection with the advertising,

2    distributing, selling and/or offering for sale in this judicial district of stationary

3    exercise bicycles that violate Mad Dogg's SPIN Family of Marks.

4         4.    On information and belief, defendant SAM'S WEST, INC. ("Sam's

5    Club") is a corporation organized and existing under the laws of the State of

6    Delaware, doing substantial and continuous business in this judicial district, with a

7    corporate headquarters at 702 SW 8th Street, Bentonville, Arkansas, 72716.  On

8    information and belief, this defendant is a subsidiary of Wal-Mart, is qualified to do

9    business in the State of California, and is subject to the jurisdiction of this Court as a

10   result of its use of trademarks that are identical or confusingly similar to Mad Dogg's

11   federally registered SPIN Family of Marks (defined below) in connection with the

12   advertising, distributing, selling and/or offering for sale in this judicial district of

13   stationary exercise bicycles that violate Mad Dogg's SPIN Family of Marks.

14   Defendants Wal-Mart and Sam's Club are hereinafter collectively referred to as

15   "Defendants."

16                           **Plaintiff's Rights**

17        5.    Mad Dogg was founded in 1994 and is a leader in the sale of stationary

18   exercise bicycles in the United States and worldwide.  Mad Dogg created, and has

19   developed and marketed, the world-famous SPINNING® program: A fitness

20   education and training program for use in connection with its stationary exercise

21   bicycles and merchandise related thereto (hereinafter collectively referred to as Mad

22   Dogg's "Goods and Services").  Mad Dogg markets its Goods and Services under its

23   family of federally registered trademarks including without limitation, SPIN®,

24   SPINNER®, and SPINNING® (collectively, the "SPIN Family of Marks").

25        6.    Mad Dogg's SPIN Family of Marks are registered with the United States

26   Patent and Trademark Office and include without limitation:

27

28

                          -2-                          COMPLAINT

| Mark | Reg. No. | Goods | Reg. Date |
|------|----------|-------|-----------|
| SPIN | 2173202 | Stationary exercise bicycles in International Class 028; Physical fitness instruction in International Class 041. | July 14, 1998 |
| SPINNING | 2003922 | Exercise equipment in the nature of stationary exercise bicycles and weight training machines in International Class 028; clothing in the nature of sports and leisure clothing, namely shoes, T-shirts, sweatshirts, sweat pants, polo shirts, shorts, sports coats and jackets, socks, sweatbands, and warmup suits in International Class 025; prerecorded video cassettes featuring exercise and general physical fitness instruction in International Class 009. | July 9, 1996 |
| SPINNER | 1972363 | Exercise equipment in the nature of stationary exercise bicycles and accessories, and weight training machines in International Class 028. | May 7, 1996 |

Mad Dogg's federal trademark registrations referred to hereinabove are collectively referred to as the "SPIN Family Registrations." True and correct printouts from the database of the United States Patent and Trademark Office evidencing Mad Dogg's SPIN Family Registrations are attached hereto as **Exhibit A**.

7.      The SPIN Family Registrations are in full force and effect and have become incontestable pursuant to 15 U.S.C. § 1065.

8.      Mad Dogg has set the standard in the fitness world for exercise via stationary exercise bicycles and fitness instruction related thereto.  For example, Mad Dogg is famous for being one of the world's largest fitness education companies with

COMPLAINT

over 200,000 trained SPINNING® program instructors teaching in 35,000 facilities in 80 countries worldwide.

9.    Mad Dogg has expended substantial time, effort and financial resources in connection with its development and sale of stationary exercise bicycles bearing the SPIN Family of Marks.

10.    Mad Dogg spends approximately $1,000,000 per year to advertise its stationary exercise bicycles bearing the SPIN Family of Marks.

11.    Mad Dogg sells approximately 40,000 stationary exercise bicycles per year bearing the SPIN Family of Marks, resulting in gross revenues of approximately $25,000,000 per year.

12.    Mad Dogg has successfully enforced its trademark rights against infringers in the past.

13.    As a business policy, Mad Dogg has established and maintains high standards of quality for licensed products bearing one or more of the SPIN Family of Marks. Mad Dogg maintains stringent quality control over licensees, sponsors, and users of the SPIN Family of Marks with respect to the style and quality of licensed goods sold or offered for sale bearing the SPIN Family of Marks and the manner of use of said marks on said goods in order to preserve and protect Mad Dogg's valuable trademark rights. The foregoing quality control procedures ensure that all such goods bearing or associated with the SPIN Family of Marks will be identified by purchasers as high quality goods emanating from, licensed by, sponsored by, or authorized by Mad Dogg.

14.    Mad Dogg's Goods and Services bearing the SPIN Family of Marks are widely distributed throughout the United States and worldwide. There is a substantial public demand for such goods and services, and because of said public demand, the right to manufacture, sell, distribute and/or license such goods and services is a valuable commercial property right. It is estimated that the gross retail sales of all

-4-                                    COMPLAINT

1  goods and services bearing or using the SPIN Family of Marks is approximately

2  $50,000,000 annually.

3      15.    Authorized stationary exercise bicycles bearing the SPIN Family of

4  Marks have been advertised by Mad Dogg and its licensees to the purchasing public

5  and to the trade throughout the United States and internationally on an extensive and

6  frequent basis in a variety of media including without limitation newspapers,

7  magazines, television, radio, the Internet, trade publications and trade shows.

8      16.    Stationary exercise bicycles bearing the SPIN Family of Marks, by

9  reason of their style, design excellence, and quality of workmanship, have come to be

10  known to the purchasing public throughout the United States and worldwide as

11  representing products of the highest quality.  As a result, the SPIN Family of Marks

12  and the goodwill associated therewith are of inestimable value to Mad Dogg.

13      17.    Mad Dogg's SPIN Family of Marks is distinctive, and Mad Dogg's

14  stationary exercise bicycles and related merchandise bearing the SPIN Family of

15  Marks are immediately identified by the purchasing public with Mad Dogg.

16                     **Defendants' Infringing Activity**

17      18.    Long after Mad Dogg's adoption and use of its SPIN Family of Marks in

18  connection with the sale of Mad Dogg's Goods and Services, and long after Mad

19  Dogg obtained its SPIN Family Registrations, Defendants, on information and belief,

20  began advertising, distributing, offering for sale and selling stationary exercise

21  bicycles that do not originate from and are not sponsored by or affiliated with Mad

22  Dogg and that infringe and/or bear counterfeits of Mad Dogg's SPIN Family of Marks

23  (hereinafter, Defendants' "Infringing Bikes").

24      19.    True and correct copies of printouts of pictures of the Infringing Bikes

25  advertised, offered for sale and sold by Wal-Mark, and the source code and keywords

26  associated with Wal-Mart's sale of these bikes are attached hereto as **Exhibit B**.

27

28

                 COMPLAINT

20.     True and correct copies of printouts of pictures of indoor cycles advertised, offered for sale and sold by Sam's Club through the unauthorized use of Mad Dogg's SPIN Family of Marks, and the source code and keywords associated with Sam's Club sale of these bikes are attached hereto as **Exhibit C**.

21.     Upon information and belief, the activities of Defendants complained of herein constitute willful and intentional infringement and/or counterfeiting of the SPIN Family of Marks; are in total disregard of Mad Dogg's rights; and were commenced and have continued despite Defendants' knowledge that the infringement of Mad Dogg's SPIN Family of Marks, in connection with the advertisement, offering or sale and sale of Defendants' Infringing Bikes was and is in direct contravention of Mad Dogg's rights.

22.     The use by Defendants of a copy or colorable imitation of Mad Dogg's SPIN Family of Marks in connection with Defendants' advertisement, distribution, offering for sale and sale of stationary exercise bicycles was and is without Mad Dogg's consent, is likely to cause confusion and mistake in the minds of the purchasing public, is likely to damage Mad Dogg's SPIN Family of Marks, and tends to and does falsely create the impression that Defendants and/or the stationary exercise bicycles sold by Defendants originate from, or are affiliated, associated or connected with, or are authorized, sponsored, or approved by Mad Dogg, when they are not.

## COUNT I

## Federal Trademark Counterfeiting

## (As Against Wal-Mart)

## [15 U.S.C. § 1114]

23.     Mad Dogg repeats and realleges all preceding paragraphs as if fully stated herein.

COMPLAINT

24.     Wal-Mart has used spurious designations that are identical with, or substantially indistinguishable from, Mad Dogg's SPINNING® trademark (Reg. No. 2003922) on goods covered by Mad Dogg's SPIN Family Registrations, namely, stationary exercise bicycles, in connection with its offering for sale and sale of Infringing Bikes in this judicial district.

25.     Wal-Mart has used these spurious designations for its own personal financial gain notwithstanding Mad Dogg's repeated cease-and-desist demands, and, as such, this conduct by Wal-Mart makes this an exceptional case.

26.     Wal-Mart's use of Mad Dogg's SPINNING® trademark in connection with the advertisement, distribution, offering for sale and sale of Wal-Mart's counterfeit bikes was and is without Mad Dogg's consent.

27.     Wal-Mart's unauthorized use of Mad Dogg's SPINNING® trademark on and in connection with the advertising and sale of counterfeit goods constitutes Wal-Mart's use of Mad Dogg's SPINNING® trademark in commerce.

28.     Wal-Mart's unauthorized use of Mad Dogg's SPINNING® trademark as set forth above is likely to:

        a.     cause confusion, mistake and deception;

        b.     cause the public to believe that Wal-Mart's counterfeit products are authorized, sponsored or approved by Plaintiff or that Wal-Mart is affiliated, connected or associated with or in some way related to Plaintiff; and

        c.     result in Wal-Mart unfairly benefiting from Plaintiff's good will and reputation, to the substantial and irreparable injury of the public, Plaintiff and Plaintiff's trademarks and the substantial goodwill represented thereby.

COMPLAINT

29.    Wal-Mart's acts as aforesaid constitute trademark counterfeiting in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

30.    Wal-Mart's unauthorized use of the SPINNING® trademark as set forth above has resulted in Wal-Mart unfairly benefiting from Mad Dogg's advertising and promotion, and profiting from Mad Dogg's reputation and its registered SPINNING® trademark, to the substantial and irreparable injury of the public, Mad Dogg, and the SPINNING® trademark and the substantial goodwill represented thereby.

31.    Wal-Mart's acts have caused, and will continue to cause, great and irreparable injury to Mad Dogg, and unless such acts are restrained by this Court, they will be continued, thereby causing Mad Dogg to continue to suffer great and irreparable injury.  Mad Dogg has no adequate remedy at law.

32.    Mad Dogg is informed and believes and thereupon alleges that Wal-Mart's counterfeiting is both intentional and egregious.

33.    Wal-Mart's acts of counterfeiting as alleged herein have been undertaken despite knowledge of Mad Dogg's exclusive rights to its SPINNING® trademark, entitling Mad Dogg to an award of three times Wal-Mart's profits or damages, whichever is greater, plus attorneys' fees and costs and prejudgment interest in bringing and maintaining this action, pursuant to 15 U.S.C. § 1117(b); or alternatively, of statutory damages of not more than $2,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the court considers just, pursuant to 15 U.S.C. § 1117(c).

34.    Wal-Mart's wrongful acts of counterfeiting will continue unless enjoined by this Court.

COMPLAINT

## COUNT II

### Federal Trademark Infringement

### (As Against Defendants)

### [15 U.S.C. § 1114]

35.   Mad Dogg repeats and realleges all preceding paragraphs as if fully stated herein.

36.   The use by Defendants of Mad Dogg's SPIN Family of Marks in connection with their sale of stationary exercise bicycles including without limitation Defendants' use of the SPIN Family of Marks as search terms, key words, hidden text, and/or metatags constitutes trademark infringement in that it is likely to cause confusion, mistake or deception of consumers as to the source of origin or sponsorship of the products, in violation of § 32 of the Lanham Act, 15 U.S.C. § 1114. Specifically, consumers are likely to purchase Defendants' Infringing Bikes falsely believing that Defendants and/or the stationary exercise bicycles sold by Defendants originate from or are affiliated, associated or connected with or are authorized, sponsored, or approved by Mad Dogg when they are not.

37.   Mad Dogg has no control over the quality of the products sold by Defendants.  Thus, the value of Mad Dogg's SPIN Family of Marks is subject to damage by Defendants, companies it cannot control.

38.   Defendants' unauthorized use of the SPIN Family of Marks as set forth above has resulted in Wal-Mart unfairly benefiting from Mad Dogg's advertising and promotion, and profiting from Mad Dogg's reputation and its registered SPIN Family of Marks, to the substantial and irreparable injury of the public, Mad Dogg, the SPIN Family of Marks and the substantial goodwill represented thereby.

39.   Defendants' acts have caused, and will continue to cause, great and irreparable injury to Mad Dogg, and unless such acts are restrained by this Court, they

COMPLAINT

1  will be continued, thereby causing Mad Dogg to continue to suffer great and
2  irreparable injury.  Mad Dogg has no adequate remedy at law.

3      40.    Mad Dogg is informed and believes and thereupon alleges that
4  Defendants' infringement is both intentional and egregious.

5      41.    Defendants' acts of infringement as alleged herein have been undertaken
6  with knowledge of Mad Dogg's exclusive rights to the SPIN Family of Marks,
7  entitling Mad Dogg to an award of three times Defendants' profits or damages,
8  whichever is greater, plus attorneys' fees and costs and prejudgment interest in
9  bringing and maintaining this action, pursuant to 15 U.S.C. § 1117(a).

10     42.    Defendants' wrongful acts of infringement will continue unless enjoined
11 by this Court.

## COUNT III

### Federal Unfair Competition and False Designation of Origin

### (As Against Defendants)

### [Lanham Act § 43(a); 15 U.S.C. § 1125(a)]

16     43.    Mad Dogg repeats and realleges all preceding paragraphs as if the same
17 were fully stated herein.

18     44.    Defendants' use of Mad Dogg's SPIN Family of Marks constitutes unfair
19 competition and a false designation of origin that is likely to cause confusion, mistake
20 or deception of consumers as to the source of origin or sponsorship of Defendants, and
21 Defendants' Infringing Bikes, in violation of § 43(a) of the Lanham Act.  Specifically,
22 consumers are subject to confusion and are likely to purchase Defendants' stationary
23 exercise bicycles falsely believing that Defendants, and Defendants' Infringing Bikes,
24 are affiliated, connected, or associated with Mad Dogg, or falsely believing that
25 Defendants, and Defendants' Infringing Bikes, originate from, or are sponsored or
26 approved by Mad Dogg when they are not.

27

28

-10-                              COMPLAINT

45.     Mad Dogg has no control over the nature and quality of Defendants' products. Any failure, neglect or default by Defendants in providing high quality products will reflect adversely on Mad Dogg as the believed source of origin thereof. This activity and the false representations made by Defendants asserting an association, sponsorship or approval by Mad Dogg of Defendants' Infringing Bikes, impair efforts by Mad Dogg to continue to protect its outstanding reputation for high quality stationary exercise bicycles and will result in loss of sales and goodwill by Mad Dogg, all to the irreparable harm of Mad Dogg.

46.     Unless enjoined by this Court, Defendants will continue to engage in the acts of false representation and designation complained of herein, to the irreparable damage and injury of Mad Dogg.

47.     Defendants' false representation and designation have been made and are being made with full knowledge of Mad Dogg's exclusive rights in and to its SPIN Family of Marks, and such acts have been made and are being made willfully and in conscious disregard of Mad Dogg's rights, entitling Mad Dogg to an award of Defendants' profits, up to three times Mad Dogg's actual damages, and Mad Dogg's attorneys' fees in bringing and maintaining this action, pursuant to 15 U.S.C. § 1117(a).

## COUNT IV

### State Statutory Unfair Competition, Trademark Infringement
### and Trademark Counterfeiting
### (As Against Defendants)
### [Cal. Bus. & Prof. Code §§ 17200 et seq., 14245 and 14250]

48.     Mad Dogg repeats and realleges all preceding paragraphs as if the same were fully stated herein.

49.     This claim arises under the California Business and Professions Code sections 17200 et seq., 14245 and 14250, relating to unfair competition, trademark

COMPLAINT

infringement and trademark counterfeiting.  This Court has jurisdiction over the subject matter of this claim pursuant to the provisions of 28 U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial and related claim under the trademark laws of the United States, and under 28 U.S.C. § 1367.

50.   Plaintiff owns all right, title, and interest in and to its SPIN Family of Marks in connection with the manufacture, advertisement, distribution, offering for sale and sale of stationary exercise bicycles.

51.   Defendants have no right to use Plaintiff's SPIN Family of Marks.

52.   Defendants have advertised, distributed, offered for sale and sold stationary exercise bicycles through the unauthorized use of infringements of Mad Dogg's SPIN Family of Marks.  Such unauthorized use by Defendants of copies or colorable imitations of Plaintiff's SPIN Family of Marks is likely to cause confusion and mistake in the minds of the trade and the purchasing public and to deceive them as to the source of origin, authorization, or sponsorship of the Infringing Bikes and, therefore, to cause purchasers to buy such products in the erroneous belief that they are authentic.

53.   Defendants have intentionally appropriated Plaintiff's SPIN Family of Marks with the intent of causing confusion, mistake, and deception as to the source of their goods, and with the intent to palm off their goods as those of Plaintiff and to place others in the position to palm off their goods as those of Plaintiff.

54.   The acts of Defendants have violated the trademark and unfair competition laws of the State of California and specifically California Business and Professions Code sections 17200 et seq., 14245 and 14250.

55.   By such actions in infringing Plaintiff's SPIN Family of Marks, Defendants are improperly trading upon the enviable reputation and goodwill of Plaintiff and are impairing Plaintiff's valuable rights in and to said trademarks.

COMPLAINT

1    56.    Plaintiff has no adequate remedy at law.  Plaintiff is suffering irreparable

2  harm and damage to Plaintiff's SPIN Family of Marks and to its business, reputation,

3  and goodwill as a result of the acts of Defendant complained of herein in an amount to

4  be determined at trial.

<div align="center">

**COUNT IV**

**State Common Law Unfair Competition**

**and Trademark Infringement**

**(As Against Defendants)**

</div>

9    57.    Mad Dogg repeats and realleges all preceding paragraphs as if the same

10  were fully stated herein.

11    58.    This claim arises under the common law of California.  This Court has

12  jurisdiction over the subject matter of this claim pursuant to the provisions of 28

13  U.S.C. § 1338(b), this being a claim of unfair competition joined with a substantial

14  and related claim under the Trademark Laws of the United States, and under 28

15  U.S.C. § 1367.

16    59.    Plaintiff is the owner of all right, title, and interest in and to Plaintiff's

17  SPIN Family of Marks and the common law rights in and to same, as set forth in

18  detail in the preceding paragraphs of this Complaint.

19    60.    Defendants' Infringing Bikes incorporate matter constituting replicas and

20  imitations of Plaintiff's SPIN Family of Marks.  Such unauthorized use by Defendants

21  constitutes unfair competition and trademark infringement, and is likely to cause

22  confusion and mistake in the minds of the trade and the purchasing public as to the

23  source of Defendants' stationary exercise bicycles and to cause purchasers to believe

24  such products are Plaintiff's authentic products when, in fact, they are not.

25    61.    Defendants have intentionally appropriated Plaintiff's SPIN Family of

26  Marks with the intent of causing confusion, mistake, and deception as to the source of

27  their goods and with the intent to palm off their goods as those of the Plaintiff and to

28

place others in the position to palm off their goods as those of Plaintiff, and, as such, Defendants have committed unfair competition and trademark infringement under the common law of the state of California.

62.   By infringing Plaintiff's trademark rights, Defendants have and are improperly trading upon Plaintiff's enviable reputation and goodwill and are impairing Plaintiff's valuable rights in and to its SPIN Family of Marks.

63.   The activities of Defendants complained of herein constitute willful and intentional acts of unfair competition and infringement of Plaintiff's rights.

64.   Plaintiff has no adequate remedy at law.  The conduct of Defendants has caused, and if not enjoined will continue to cause, irreparable damage to Plaintiff's rights in its SPIN Family of Marks and to Plaintiff's business, reputation, and goodwill.

## ALLEGATION OF DAMAGE COMMON TO ALL COUNTS

65.   Mad Dogg has suffered, is suffering, and will continue to suffer irreparable harm and damage as a result of Defendants' aforesaid activities. Defendants will, unless restrained and enjoined by this Court, continue to act in the unlawful manner complained of herein, all to the irreparable damage of Mad Dogg's business, reputation and good will.  Mad Dogg's remedy at law is not adequate to compensate it for the injuries suffered and threatened.

66.   By reason of Defendants' acts complained of herein, Mad Dogg has suffered monetary damages thus far not determined with certainty, but which will be pled with more specificity upon completion of discovery.

## PRAYER FOR RELIEF

WHEREFORE, Mad Dogg demands:

67.   That judgment be entered declaring that Defendant Wal-Mart has deliberately and willfully used counterfeits of Mad Dogg's SPINNING® trademark on and in connection with the advertisement, distribution, offering for sale and/or sale of Defendants' Infringing Bikes.

-14-                                    COMPLAINT

68.     That judgment be entered declaring that Defendants have deliberately and willfully infringed Mad Dogg's SPIN Family of Marks.

69.     That judgment be entered declaring that Defendants have engaged in unfair competition and acts of unfair and deceptive business practices in violation of California Business & Professions Code §§ 17200 et seq.

70.     That Defendants, their officers, agents, employees, servants, privies, successors and assigns, and all persons and organizations in active concert participation and combination with Defendants, be both preliminarily and permanently enjoined and restrained from:

a.     using Mad Dogg's SPIN Family of Marks, or any confusingly similar designations thereof;

b.     using any false designation, description or representation regarding the source of Defendants' Infringing Bikes;

c.     further infringing Mad Dogg's SPIN Family of Marks and thereby damaging Mad Dogg's goodwill and reputation;

d.     falsely advertising or promoting Defendants' Infringing Bikes by using Mad Dogg's SPIN Family of Marks, or otherwise engaging in deceptive acts and practices in the conduct of their businesses through the unauthorized use of Mad Dogg's SPIN Family of Marks in, among other things, their ad text, source code, key words and metatags; and

e.     otherwise infringing upon Mad Dogg's SPIN Family of Marks, or competing unfairly with Mad Dogg.

71.     That Defendants be required to deliver up for destruction all stationary exercise bicycles bearing counterfeits of Mad Dogg's SPINNING® trademark and all labels, signs, prints, packages, wrappers, receptacles, and advertisements or promotional materials bearing Mad Dogg's SPIN Family of Marks or any reproduction, counterfeit, copy, or colorable imitation thereof, as well as all and all

1  plates, molds, matrices, and other means of making the same, which are in

2  Defendants' possession, custody or control, as provided by § 36 of the Lanham Act

3  (15 U.S.C. § 1118).

4      72.   That Mad Dogg be compensated for all damages caused by Defendants'

5  infringement and counterfeiting of Mad Dogg's SPIN Family of Marks pursuant to 15

6  U.S.C. § 1117.

7      73.   That Defendants, at Mad Dogg's option, be required to account for and

8  pay to Mad Dogg all profits realized from Defendants' wrongful acts, and to

9  compensate Mad Dogg for all damages sustained by Mad Dogg by reason of the acts

10  complained of herein, and that the award of such profits be enhanced up to three times

11  their amount pursuant to 15 U.S.C. § 1117(a) or (b); or, alternatively, that Mad Dogg

12  be awarded statutory damages of up to $2,000,000 per counterfeit mark per type of

13  good pursuant to 15 U.S.C. § 1117(c).

14      74.   That Mad Dogg be awarded its reasonable attorneys' fees and costs,

15  together with pre- and post-judgment interest pursuant to 15 U.S.C. § 1117, or as

16  otherwise provided by law.

17      75.   That Mad Dogg be awarded exemplary or punitive damages.

18      76.   That Mad Dogg be awarded such other and further relief as this Court

19  may deem just and proper.

20

21                          RAINES FELDMAN, LLP

22

23  Dated: _Dec. 7_, 2012        By: _____

24                          Konrad K. Gatien
                            Attorneys for Plaintiff
25                          MAD DOGG ATHLETICS, INC.

26

27

28

COMPLAINT

EXHIBIT A

Trademark Electronic Search Syst      (TESS)



## United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 6 05:02:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SPIN |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: stationary exercise bicycles. FIRST USE: 19920100. FIRST USE IN COMMERCE: 19920100 |
| | IC 041. US 100 101 107. G & S: physical fitness instruction. FIRST USE: 19920100. FIRST USE IN COMMERCE: 19920100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 75976589 |
| **Filing Date** | April 22, 1996 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 8, 1997 |
| **Registration Number** | 2173202 |
| **Registration Date** | July 14, 1998 |
| **Owner** | (REGISTRANT) Mad Dogg Athletics, Inc. CORPORATION CALIFORNIA 2111 Narcissus Court Venice CALIFORNIA 90291 |
| **Attorney of Record** | Konrad K. Gatien |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20080625. |
| **Renewal** | 1ST RENEWAL 20080625 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit No. A
Page No. 1

http://tess2.uspto.gov/bin/showfield?f=doc&state=4002:1tak0p.2.1

12/6/2012



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 6 05:02:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SPINNING |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: prerecorded video cassettes featuring exercise and general physical fitness instruction. FIRST USE: 19900200. FIRST USE IN COMMERCE: 19900200 |
| | IC 025. US 022 039. G & S: clothing in the nature of sports and leisure clothing, namely shoes, T-shirts, sweatshirts, sweat pants, polo shirts, shorts, sports coats and jackets, socks, sweatbands, and warmup suits. FIRST USE: 19900100. FIRST USE IN COMMERCE: 19900100 |
| | IC 028. US 022 023 038 050. G & S: exercise equipment in the nature of stationary exercise bicycles and weight training machines. FIRST USE: 19900100. FIRST USE IN COMMERCE: 19900100 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74587547 |
| **Filing Date** | October 19, 1994 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 9, 1996 |
| **Registration Number** | 2003922 |
| **Registration Date** | October 1, 1996 |
| **Owner** | (REGISTRANT) Mad Dogg Athletics, Inc. CORPORATION CALIFORNIA 2111 Narcisus Court Venice CALIFORNIA 90291 |
| **Attorney of Record** | Konrad K. Gatien |
| **Prior Registrations** | 1780650;1808045 |
| **Type of Mark** | TRADEMARK |

Exhibit No. A
Page No. 2

Trademark Electronic Search Syst   (TESS)                              Page 2 of 2

| | |
|---|---|
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20060414. |
| **Renewal** | 1ST RENEWAL 20060414 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit No. *A*
Page No. 3

Trademark Electronic Search Syst.    (TESS)



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Thu Dec 6 05:02:46 EST 2012*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout | Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

## Typed Drawing

| | |
|---|---|
| **Word Mark** | SPINNER |
| **Goods and Services** | IC 028. US 022 023 038 050. G & S: exercise equipment in the nature of stationary exercise bicycles and accessories, and weight training machines. FIRST USE: 19850600. FIRST USE IN COMMERCE: 19850600 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 74587584 |
| **Filing Date** | October 19, 1994 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | February 13, 1996 |
| **Registration Number** | **1972363** |
| **Registration Date** | May 7, 1996 |
| **Owner** | (REGISTRANT) Mad Dogg Athletics, Inc. CORPORATION CALIFORNIA 2111 NARCISUS COURT VENICE CALIFORNIA 90291 |
| **Attorney of Record** | Konrad K. Gatien |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20070221. |
| **Renewal** | 1ST RENEWAL 20070221 |
| **Live/Dead Indicator** | LIVE |

Exhibit No. _A_

Page No. _4_

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# EXHIBIT B

spin - Walmart.com


## Walmart
Save money. Live better.

Ultimate Online Specials — for your best Christmas yet

New customer?   Sign In   Help

Value of the Day    Local Ad    Store Finder    Registry    Gift Cards

Track My Orders   My Account   My Lists

See All Departments | Search [Sports & Outdoors ▼] [spin_____] [Submit] ⚙ My Cart   Choose My Store ▼

Search results for "spin"

Search In:

**Matching Departments**

**Sports & Outdoors**

Bikes (4)
Bikes, Skates & Skateboards (18)
Camping (4)
Exercise & Fitness (22)
Fishing & Marine (559)
Game Room (30)
Gifts Over $100 (1)
Golf (20)
Holiday- Sports Cyber Week Specials (4)
Holiday- The Top Trampolines (1)
Hunting (37)
Outdoor Sports & Games (36)
Sports Fan Shop (2)
Team Sports (2)
Tennis & Racquet (9)

**Refine Results**

**Brand**
☐ Abu Garcia (10)
☐ Acme (1)
☐ Allen (1)
☐ Badan (1)
☐ Bell Sports (1)
☐ Berkley (1)
☐ Best Fitness (1)
☐ Body Solid (1)

**Price**
☐ $0 - $10 (17)
☐ $10 - $20 (76)
☐ $20 - $50 (331)
☐ $50 - $100 (145)
☐ $100 - $150 (42)
☐ $150 - $200 (17)
☐ $200 - $250 (5)
☐ $250 - $500 (14)

**Customer Rating**
☐ 4 - 5 Stars (331)
☐ 3 - 3.9 Stars (34)
☐ 2 - 2.9 Stars (9)
☐ 1 - 1.9 Stars (6)

**Color**
☐ Black (186)
☐ Blue (44)
☐ Brown (9)
☐ Green (2)
☐ Grey (11)
☐ Orange (6)
☐ Pink (9)
☐ Red (18)

**Shipping Offers**
☐ 97 Cent Shipping (37)
☐ Free Shipping (8)
☐ Home Free (59)

**Free Store Pickup**
☐ Available Today (119)
☐ Show All (603)

**League**

We found 706 results for "spin" in Sports & Outdoors. Click here to see results in All Departments.

All Items(706)    Show Store Items    Online Items

Sort by [Best Match ▼]

Items 1- 16 of 706 total   16 32   Per Page    List View ☰ Grid View ⊞

‹ Previous 1 2 3 4 5 ... Next ›



**Weslo Pro CTX Spinning Exercise Bike**

**$249.**00
♦ n/a

• Free store pickup as soon as 12/12 with site to store®



**Marcy Club Revolution Cycle Exercise Bike**

**$193.**00
★★★★½ (4)

• Free store pickup as soon as 12/12 with site to store®



**Calypso Mako 7' Spin Combo Fishing Rod and Reel**

**$22.**00
List Price: $31.95
You save: $9.96(31%)
★★★★★ (2)

• Free store pickup as soon as 12/12 with site to store®



**Matzuo 6' Medium Spin Combo, 2 pc**

**$15.**80
List Price: $19.96
You save: $4.16(21%)
★★★★½ (2)

• Free store pickup as soon as 12/12 with site to store®




**R2F Striper Spin Combo with Kit**

**$34.**00
★★★★★ (3)

• Free store pickup as soon as today with site to store®



**Stamina Indoor Pro Cycle**

**$97.**00
★★★★½ (99)

• Free store pickup as soon as today with site to store®



**South Bend Trout and Panfish Spin Kit**

**$9.**96

• Free store pickup as soon as today with site to store®



**South Bend Telescopic Spin Fishing Combo with 65-Piece Kit**

**$19.**00
★★★☆☆ (1)

• Free store pickup as soon as 12/12 with site to store®



**Winchester Spinning Targets**

**$15.**97
Out of stock online
★★★½ (8)



**Shakespeare Tiger 7' Spinning Rod and Reel Combo**

**$19.**86
★★★★½ (39)

• Free store pickup as soon as today with site to store®



**R2F Telescopic Spin Cast Combo with Kit**

**$29.**10
List Price: $31.16
You save: $2.06(7%)

• Free store pickup as soon as 12/12 with site to store®



**R2F Surf & Pier Spin Combo with Tackle Kit**

**$36.**86
★★★★½ (9)

• Free store pickup as soon as today with site to store®

Exhibit No. B
Page No. 1

spin - Walmart.com                                                                    Page 2 of 3

□NCAA (1)
□NFL (5)
□Olympics (1)

**Sports Team**
□Dallas Cowboys (1)
□Detroit Lions (1)
□Houston Texans (1)
□Michigan State
  Spartans (1)

**Special Offers**
□As Advertised (1)
□Below List Prices (2)
□Clearance (2)
□New (2)
□Only at Walmart (1)
□Reduced Price (2)
□Rollback (39)

**Retailer**
□PlumStruck (19)
□Pro Team (3)
□ToolKing.com (1)
□Walmart.com (576)
□Wayfair (21)

**Species Type**
□Bass (76)
□Catfish (40)
□Deer (3)
□Elk (3)
□Mule Deer (1)
□Panfish / Crappie (79)
□Predator (1)
□Saltwater (170)

**Recently Viewed Items**

I Am T-Pain
Microphone,
Black and Gold
★★★★☆
**$29.00**
Was $32.00

Clear this list



         

Matzuo 6'6" Medium **Spin**   South Bend **Spin** Fishing   Primos Sit N **Spin** Predator   Shimano Spirex RG **Spin** Reel
Combo, 2 pc                   Combo with 45-Piece Kit       Decoy
**$29.**95                    **$13.**00                    **$29.**97                       **$59.**99
★★★★☆ (2)                     ★★☆☆☆ (4)                     ★★★★☆ (1)                        ★★★★★ (1)
• Free store pickup           • Free store pickup           • 97¢ shipping                   • Free store pickup
  as soon as today              as soon as 12/12            • Free store pickup                as soon as 12/12
  with site to store            with site to store            as soon as 12/12                 with site to store
                                                              with site to store

Items 1- 16 of 706 total    16 32   Per Page                 ◀ Previous  1 2 3 4 5 ... Next ▶   Top of Page

View: All Items(706)      Show Store Items    Online Items                    Sort by [ Best Match ▼ ]

## What Do People Ultimately Purchase After Searching For Items You Searched For?

            

72% buy                 14% buy                 2% buy                  <1% buy                 <1% buy
Bounce-N-Learn          Gold's Gym Speed Jump   Gold's Gym 5-lb. Pair   Gold's Gym Cycle Trainer Shimano Syncopate
Interactive Kids        Rope, 9'                Adjustable Ankle...     310 Exercise Bike       Front Drag Spinning Reel
Trampoline...           site to store           ★★★★☆                   site to store           site to store
site to store           97¢ SHIPPING            **$11.97**              ★★★★☆                   ★★★★★
97¢ SHIPPING            ★★★☆☆                                           **$267.00**             **$24.10**
8 Rollback              **$2.57**
★★★★☆
**$69.00**

ADVERTISEMENT

GEICO

Enter Zip

GET YOUR QUOTE

**Sponsored Links** What's this?
Kiteboarding Gear 50% Off! | MACkiteboarding.com
2011 11m kites complete from $785 Best Price & Free Shipping
www.mackiteboarding.com/Sale-Kites

[ Did you find the product or service you were looking for?  Yes  No ]

## Sign up for savings Get Walmart values delivered to your inbox.

[ Enter Email Address ]   [ Sign Up ]   Privacy policy          Like   Mobile
                                                                 us     apps

**Get to know us**    **Walmart.com**          **Help**              **In the Spotlight**   **Financial Services**
Corporate             About Walmart.com        Help Center           Black Friday           Walmart MoneyCenter
Our Story             Terms of Use             Track Your Order      Cyber Monday
News & Views          Affiliate Program        Returns Policy        Thanksgiving
Community Giving      Sponsorship              Return an Item        Laptops
Global Responsibility   Submission             Product Recalls       iPad and Tablets       Walmart Credit Cards
Investors             International            Contact Us            Appliances             Apply Now
Suppliers               Customers              Feedback  ↻           TVs                    Manage Account & Pay Bill
Careers               About Our Ads                                  Toys
                      Store Finder                                   eGift Cards
                      Printable Coupons                              Best Sellers
                      Associate Discount                             New Arrivals
                      Privacy & Security                             Top-Rated Items
                      California Privacy
                        Rights
                      @WalmartLabs
                      See All Departments

© 2012 Wal-Mart Stores, Inc.

Exhibit No. _B_
Page No. _2_

Find the Weslo Pro CTX Spinning Exercise Bike at an always low price fro - Walmart.co... Page 1 of 1



Save money. Live better.





## Weslo Pro CTX Spinning Exercise Bike

Be the first towrite a review

| Buy from Walmart | Shipping & pickup |

Online

**$249.00**

New

**In stock for:**

Quantity
1 ▼   **Add to Cart**

Add to:   My List •   My Registry

* **Free store pickup** with *site to store* near:

  [ Enter ZIP code ]   **Find**

* **Ship to home**  When will it arrive?

### Item Description

Get an incredible workout and real savings with the Weslo Pro CTX Spinning Exercise Bike. Featuring an innovative chain drive system and heavy-duty 30-pound flywheel, this indoor cycle delivers a smooth, comfortable ride and a more realistic biking experience. A quick-stop braking system allows you to start and stop at any time and pedals with toe cages and straps keep you stable and safe. Other features include adjustable, multi-grip handlebars, a felt resistance system and an adjustable, cushioned seat. The Weslo Pro CTX bike gives you a great workout at an incredible price.

**Weslo Pro CTX Spinning Exercise Bike:**

* Chain drive system
* Adjustable, padded seat
* Adjustable, non-slip handlebars
* Felt resistance system
* Quick-stop braking system
* 30 lb flywheel
* Pedals with toe cages and straps
* Transport wheels
* Durable construction
* Water bottle holder
* 250 lb user weight capacity
* 3-year warranty
* 90-day parts and labor warranty
* Model# WLEX32411

### Specifications

Top of Page

| | |
|---|---|
| Battery Type: | Does Not Contain a Battery |
| Multi Pack Indicator: | No |
| Model No.: | WLEX32411 |
| Shipping Weight (in pounds): | 92.0 |
| Product in Inches (L x W x H): | 46.0 x 20.0 x 42.0 |

Exhibit No. B
Page No. 3





Exhibit No. B
Page No. 1



People Who Viewed This Item Also Viewed

| Velocity Fitness Healthrack Indoor Cycle | Pro-Form 315 IC Indoor Cycle | Proform 290 SPX Exercise Bike | Sunny Health and Fitness Magnetic Indoor... | Stamina Indoor Pro Cycle |
|---|---|---|---|---|
| site to store | site to store | site to store | site to store | site to store |
| ★★★★☆ | ★★★★☆ | ★★★★☆ | ★★★★☆ | ★★★★☆ |
| $236.70 | ✦ Rollback $349.00 | $271.60 | $248.40 | $97.00 |

### Specifications

Top of Page

| | |
|---|---|
| Battery Type: | Does Not Contain a Battery |
| Multi Pack Indicator: | No |
| Model No. | WLEX31411 |
| Shipping Weight (in pounds): | 92.0 |
| Product in Inches (L x W x H): | 46.0 x 20.0 x 42.0 |

### Customer Product Reviews

Top of Page

Be the first to write a review

Exhibit No. 13
Page No. 5





## Marcy Club Revolution Cycle Exercise Bike

★★★★☆ (4 Customer Reviews)  Write a review



**Buy from Walmart** | **Shipping & pickup**

Online
**$193.**00

Quantity
1 ▼  **Add to Cart**

Add to: My List • My Registry

In stock for:

- **Free store pickup** with *site to store* near:
  Enter ZIP code  **Find**

- **Ship to home** When will it arrive?

**GIFTING NOTE:** This item ships in the manufacturer's original packaging. If intended as a gift, the packaging may reveal the contents.

**Buy from Marketplace** | **Shipping and return information** | **When will it get here?**

**$315.**99

from Wayfair (Retailer Info)

Quantity
1 ▼  **Add to Cart**

In Stock and available for

**Free shipping to home by Wayfair**
See Shipping and Return Policy

## Item Description

The Marcy Club Revolution Cycle Exercise Bike is designed to make indoor cycling more effective. Easy-to access manual resistance adjustment of this Marcy club revolution cycle simulates various terrains, so that users get excellent cardio workout results. Habitual training on this Marcy Exercise Bike can help lose weight quickly as it gives strong workouts to your back muscles, buttocks, hamstrings, and quads. Both the seat and handles of this weight loss exercise bike can be adjusted to accommodate and fit persons of all body types. Large mass balanced flywheel of this spinning exercise bike generates continuous and smooth momentum. The indoor exercise bike also come outfitted with a water bottle holder and adjustable basket cage pedals to keep your essentials handy.

**Marcy Club Revolution Cycle Exercise Bike:**
- Fully adjustable handles and seat accommodates any body type
- Large mass balanced flywheel produces smoother, continuous momentum
- Water bottle holder
- Adjustable basket cage pedals
- Easy to reach manual resistance adjustment simulates different terrains, allowing users to get the best cardio workout possible
- Flywheel brake
- Transport wheels
- Comfortable seat
- Accommodates users up to 300 lbs
- Quick weight loss while working out quads, hamstrings, buttocks and back muscles at the same time
- Model# H2502C

## Specifications

Top of Page

| | |
|---|---|
| Battery Type: | Does Not Contain a Battery |
| Multi Pack Indicator: | No |
| Model No.: | H2502C |
| Shipping Weight (in pounds): | 98.5 |
| Product in Inches (L x W x H): | 50.0 x 20.0 x 46.5 |

Exhibit No. B
Page No. 6

```
<!doctype html>
<html xmlns:fb="http://www.facebook.com/2008/fbml"
xmlns:og="http://ogp.me/ns#" itemscope itemtype="http://schema.org/Product">
<head>
<script>
var t_page_start=new Date().getTime();
var _boomr=_boomr||[];
(function(d){var
b=d.createElement('script');b.src='http://i2.walmartimages.com/js/rollups/rum.jsp';b.
setAttribute('async','true');b.setAttribute('defer','defer');var
s=d.getElementsByTagName('script')[0];s.parentNode.insertBefore(b, s);})(document);
</script>

<!-- Changes for 12.5 SEO - Start -->
<!-- Changes for 12.5 SEO - END -->
<title>Marcy Club Revolution Cycle Exercise Bike, Marcy Club Revolution Cycle, Marcy
Exercise Bike, Flywheel Exercise Bike, Spinning Exercise Bike, Weight Loss Exercise
Bike, Indoor Exercise Bike</title>
<link href="http://i2.walmartimages.com/css/wmCommon.css" rel="stylesheet"
type="text/css">
<!-- add ?CSSDebug=wmRollup_Base to unroll this -->
<link href="http://i2.walmartimages.com/css/wmRollup_Base.jsp" rel="stylesheet"
type="text/css">
<link href="http://i2.walmartimages.com/css/wmRollup_Item.jsp" rel="stylesheet"
type="text/css">
<!--[if IE]><![endif]-->
<!--[if lt IE 7]>
<link href="http://i2.walmartimages.com/css/global_ie6.css" rel="stylesheet"
type="text/css">
<![endif]-->
<!--[if IE 7]>
<link href="http://i2.walmartimages.com/css/global_ie7.css" rel="stylesheet"
type="text/css">
<![endif]-->
<!--[if IE 8]>
<link href="http://i2.walmartimages.com/css/global_ie8.css" rel="stylesheet"
type="text/css">
<![endif]-->
<link href="http://i2.walmartimages.com/css/print_item.css" media="print"
rel="stylesheet" type="text/css">
<script src="http://i2.walmartimages.com/js/rollups/foundation.jsp"
type="text/javascript"></script>
<script src="http://i2.walmartimages.com/js/rollups/catalog.jsp"
type="text/javascript"></script>
<!-- canonical url -->
<link rel="canonical" href="http://www.walmart.com/ip/Marcy-Club-Revolution-
Cycle/17272580"/>
<link rel="image_src"
href="http://i.walmartimages.com/i/p/00/09/63/62/99/0009636299174_215X215.jpg"/>
<meta name="title" content="Marcy Club Revolution Cycle Exercise Bike"/>
<meta name="Description" content="Marcy Club Revolution Cycle Exercise Bike -
Walmart.com">
<meta name="Keywords" content="Shop for the Marcy Club Revolution Cycle Exercise Bike
at always low prices from Walmart.com.">
<meta name="verify-v1" content="4kvsU2tt/Ic9Z39fTPz2rJhJCUvOnYMvHF1z8ypaSvo=" />
```

Exhibit No. 8

Page No. 7

quads. Both the seat and handles of this weight loss exercise bike can be adjusted to
accommodate and fit persons of all body types. Large mass balanced flywheel of this
spinning exercise bike generates continuous and smooth momentum. The indoor exercise
bike also come outfitted with a water bottle holder and adjustable basket cage pedals
to keep your essentials handy. </p>
</span>
</div>
<div>
<strong>Marcy Club Revolution Cycle Exercise Bike:</strong><li>Fully adjustable
handles and seat accommodates any body type</li><li>Large mass balanced flywheel
produces smoother, continuous momentum</li><li>Water bottle holder</li><li>Adjustable
basket cage pedals</li><li>Easy to reach manual resistance adjustment simulates
different terrains, allowing users to get the best cardio workout
possible</li><li>Flywheel brake</li><li>Transport wheels</li><li>Comfortable
seat</li><li>Accommodates users up to 300 lbs</li><li>Quick weight loss while working
out quads, hamstrings, buttocks and back muscles at the same time</li><li>Model#
H2502C</li>
</div>
</div>
<!-- Changes for 12.5 SEO - End -->
<!-- Start: Hazmat Warning -->
<div id="hideProductQuesLink" class="ProdQuestions prtHid">Do you have questions
about this product? <a href="#Q%26A+Exchange" onclick="">Ask a question</a>.</div>
</div>
<!-- End: Prod Info w/o Spec (module 403) -->
</div>
</div>
<!-- End secondaryInfoTwoColContainer MP -->
</div>
<div class="multiRow clearfix">
<!--
ModuleId 418317
FileName @drugFacts
-->
<!-- get the drugFacts map from request -->
<!-- get the ingredients map from request -->
<!-- get the purpose map from request -->
</div>
<div class="multiRow clearfix">
<!--
ModuleId 410823
FileName @mpManufacturerContent
-->
<div class="prtHid">
<!-- End: MP Manufacturer Content -->
</div>
</div>
<div class="multiRow clearfix">
<!--
ModuleId 372287
FileName @productRichMedia
-->
<div class="prtHid">
<!-- Start: Product Rich Media (module) -->
<!-- End: Product Rich Media (module) -->

Exhibit No. _ß_

Page No. _8_

```
turn cycle came cracked, outside of that i love the bike.</span> 07/02/2012<meta
itemprop="datePublished" content="2012-07-02" /></div><div itemprop="review"
itemscope itemtype="http://schema.org/Review"><meta itemprop="itemReviewed"
content="Marcy Club Revolution Cycle Exercise Bike" /><span itemprop="reviewRating"
itemscope itemtype="http://schema.org/Rating">Rated <span
itemprop="ratingValue">5</span> out of <span
itemprop="bestRating">5</span></span>Â by <span itemprop="author">tjsgals</span><span
itemprop="description"> I really like this bike. It doesn't shake while I'm riding,
it's pretty sturdy and its quite. It really gives me a good workout. I get my lap top
and get a spin cycle class on U TUBE and work out to it. So its been really
fun.</span> 10/27/2012<meta itemprop="datePublished" content="2012-10-27"
/></div><div itemprop="review" itemscope itemtype="http://schema.org/Review"><meta
itemprop="itemReviewed" content="Marcy Club Revolution Cycle Exercise Bike" /><span
itemprop="reviewRating" itemscope itemtype="http://schema.org/Rating">Rated <span
itemprop="ratingValue">4</span> out of <span
itemprop="bestRating">5</span></span>Â by <span itemprop="author">tig7777</span><span
itemprop="description"> We love the exercise bike, except the seat is way to narrow
with not enough padding. That is easily remedied. It would be nice if the handle bars
were closer to the body, instead of WAY out in front. Other than that we love
it.</span> 09/10/2012<meta itemprop="datePublished" content="2012-09-10" /></div></span>
</div><!--end-reviews--> <script
type="text/javascript">document.getElementById('BVRRReviewsSoiSectionID_17272580').st
yle.display = 'none';</script></div><!--begin-pagination--><!--end-pagination-->
</div></div>
<a href="/ip/Marcy-Club-Revolution-Cycle/17272580?page=seeAllReviews">See All
Reviews</a>
</div>
<script type="text/javascript">
//Display/hide Customer Images link when BVMediaGalleryContainer contains innerHTML
or not.
WALMART.BV.showCustomerImagesLinkTPS=true;
function showCustomerImagesLink(){
var imagesLinkEl = document.getElementById("customerImagesLink");
if(imagesLinkEl){
var BVMediaEl = document.getElementById("BVMediaGalleryContainer");
if(BVMediaEl.innerHTML == undefined || BVMediaEl.innerHTML == null ||
BVMediaEl.innerHTML == '' || BVMediaEl.innerHTML == ""){
imagesLinkEl.style.display = "none";
}else{
imagesLinkEl.style.display = "block";
}
}
}
</script>
<!-- End: ShortReviewModule (module 438) -->
</div>
</div>
<div class="multiRow clearfix">
<!--
ModuleId 372300
FileName @mpAskAndAnswerDisplay
-->
<div class="prtHid">
<!-- Starting test for Ask & Answer Display -->
<!-- Start Ask & Answer Display -->
```

Exhibit No. β

Page No. 9

Stamina Indoor Pro Cycle - Walmart.com                                                    Page 1 of 1





## Stamina Indoor Pro Cycle

★★★★ ☆ (69 Customer Reviews)  Write a review

**Buy from Walmart**                            Shipping & Pickup

Online                                   **In stock for:**
**$97.**⁰⁰
                                         • **Free store pickup** with *site to store* near:

Quantity                                   [ Enter ZIP code          ]  [Find]
1 ▼    **Add to Cart**
Add to:  **My List** •  **My Registry**   • **Ship to home**  When will it arrive?

Also in stores                           IN LIMITED STORES

                                         Check store availability for this product.

*Product availability, styles, promotions and prices may vary between stores and online.*

**GIFTING NOTE:** This item ships in the manufacturer's original packaging. If intended as a gift,
the packaging may reveal the contents.

### Item Description

Burn calories and fat and improve your cardiovascular fitness with the Stamina Indoor Pro Cycle.
With this indoor cycle, you get an effective, low-impact aerobic workout and you'll increase your
metabolism without the impact on your joints. Choose your workout intensity on this exercise bike
with the simple dial tension control and enjoy the quiet, smooth pedaling action that is similar to
real biking.

**Stamina Indoor Pro Cycle:**
• Indoor cycle has smooth pedaling action similar to real biking
• Exercise bike has multiple seat positions
• Easy adjustment to fit most users
• InTouch electronic fitness monitor with easy-to-read numbers tracks time, speed, distance,
  calories and scans with simple, 1-button control
• Molded, padded seat
• Leveling stabilizer caps
• Sturdy steel frame
• Oversized, weighted pedals
• Strap resistance with dial tension to set workout intensity

### Specifications                                                          Top of Page

| | |
|---|---|
| Multi Pack Indicator: | No |
| Model No.: | 15-1306 |
| Shipping Weight (in pounds): | 49.0 |
| Product in Inches (L x W x H): | 41.0 x 18.75 x 49.0 |
| Walmart No.: | 000986917 |

Exhibit No. _B_

Page No. _10_





## Gold's Gym Cycle Trainer 310 Exercise Bike

★★★ ☆ ☐ (29 Customer Reviews)   Write a review

**Buy from Walmart**   Shipping & pickup

Online
**$267.**00

Quantity
1

**Add to Cart**

Add to:  My List▾  My Registry

**Also in stores**

In stock for:

• **Free store pickup** with *site to store* near:

  Enter ZIP code   **Find**

• **Ship to home**  When will it arrive?

IN LIMITED STORES

Check store availability for this product.

*Product availability, styles, promotions and prices may vary between stores and online.*

### Item Description

Maximize your results with indoor cycling! With the Gold's Gym Cycle Trainer 310 Exercise Bike, you can bring the indoor cycling class from the gym to your home. The two included instructional workout DVDs with this exercise bike will help you burn fat and lose weight. Led by a certified personal trainer, these workouts using this Gold's Gym exercise bike are designed just like a gym class with intervals and climbs for maximum results. Plus, this indoor exercise bike boasts a heavy 40-pound flywheel and a durable chain drive system for smooth, consistent performance. Other features include a felt resistance system, padded seat and adjustable handlebars.

**Gold's Gym Cycle Trainer 310 Exercise Bike:**
- Upright exercise bike design
- Designed with traditional cycling in mind
- Offers various training techniques
- Allows for a more intense cardio workout
- Adjustable seat with padding
- Find your perfect fit for a more comfortable workout
- Adjustable, non-slip handlebars with grips
- Ergonomically designed to cut down on fatigue and prevent discomfort
- Adjust the height to find the right fit
- Pedals with toe cages and straps designed to keep your feet in place
- Pedals can be used with the opposite side up
- 40 lb flywheel
- Low maintenance and extremely durable
- Smooth, consistent feel throughout your workout
- Felt resistance system with an easy adjustment knob
- 2 instructional workout DVDs led by a certified personal trainer
- Workouts are designed like an indoor cycling class with intervals and climbs for maximum results
- Quick-Stop braking system offers added control
- Built for a fast-paced cardio workout, you can quickly start and stop at anytime
- Durable steel frame
- Enhanced corrosion resistance
- Easy-to-read LCD window tracks speed, time, distance and calories burned
- Chain drive delivers a smooth, quiet and comfortable ride
- Built-in transport wheels quickly move the bike to your workout area
- Water bottle holder
- Accommodates up to 250 lbs
- 90-day parts and labor warranty
- 3-year frame warranty

### Specifications                                          Top of Page

| | |
|---|---|
| Primary Color: | Black |
| Multi Pack Indicator: | No |
| Model No.: | GGEX62410 |
| Shipping Weight (in pounds): | 103.6 |
| Product in Inches (L x W x H): | 55.0 x 20.0 x 42.0 |
| Walmart No.: | 000946265 |

Exhibit No. B

Page No. 11









2/16/12

www.walmart.com/ip/ProForm-290-SPX-Spinner-Exercise-Bike/14554302

ProForm 290 SPX Exercise Bike - Walmart.com

**Walmart** ☆
Save money. Live better.



ProForm 290 SPX Exercise Bike

★★★★☆ ☑ (47 Customer Reviews) | Write a review |

**Buy from Walmart**

Online
**$297.00**

In stores
Price may vary

*Product availability, styles, promotions and prices may vary between stores and online.*

| Shipping & Pickup | When will I get this item? |
|---|---|

* **In stock for:**
  * **Free shipping to store**

* **Ship to home**

| Quantity | |
|---|---|
| 1 ▾ | |

[ Add to Cart ]

IN LIMITED STORES..........

Check store availability for this product.

Add to: **My List**   NEW! **My Registry**

Enter ZIP code         Find

## Item Description

Get an incredible workout right at the comfort your home with the ProForm 290 SPX Spinner Bike. This cycle is built for the ultimate cardio exercise. Whether you're a weekend warrior or a first-time fitness buyer, the SPX Spinner exercise bike is for you. This cycle trainer is will meet the requirements of different users of all fitness levels a challenging, fat-burning cardiovascular workout in as little time as possible. With an adjustable seat and nonslip handlebars, this spinner exercise bike lets you get the right position to carry out your workout effortlessly. It also features pedals with toe cages that helps keep your feet in place during your rigorous exercise sessions. This indoor exercise bike comes with transport wheels that let you move it from one room to another conveniently. For an improved workout, The 290 SPX's chain drive system offers you a smooth, quiet, and comfortable ride.

**ProForm 290 SPX Spinner Bike:**
* Upright design allows for a more intense, cardio workout
* Designed with traditional cycling in mind
* Offers various training techniques
* Adjustable seat allows you to find your perfect fit for a more comfortable workout
* Horizontal and vertical seat adjustment

Exhibit No. ___B___

Page No. _14_

1/2

2/16/12

ProForm 290 SPX Exercise Bike - Walmart.com

- Adjustable, non-slip handlebars with grips
- Handlebars are ergonomically designed to cut down on fatigue and prevent discomfort
- Adjust the height to find the right fit
- Pedals with toe cage are designed to keep your feet in place
- Built with toe cages to increase stability
- Pedals can be used with the opposite side up for added intensity and advanced users
- Chain drive delivers a smooth, quiet and comfortable ride
- Quickly move the bike to your workout area with the Pro-Form Upright Exercise Bike's built-in transport wheels
- Water bottle holder helps you stay hydrated throughout your workout
- 250 lb. user weight capacity

## Specifications

| | |
|---|---|
| Battery Type: | Does Not Contain a Battery |
| Multi Pack Indicator: | No |
| Model No.: | PFEX02909 |
| Shipping Weight (in pounds): | 96.0 |
| Product in Inches (L x W x H): | 48.6 x 19.9 x 46.5 |
| Walmart No.: | 550340078 |

Exhibit No. B

Page No. 15

EXHIBIT C





Exhibit No. C

Page No. 1



**DESCRIPTION**

Get ready to hit the open road in the comfort of your own home. Fifteen vertical seat adjustments with the easy-fix horizontal adjustment guarantee a perfect seat position. Seven vertical handlebar adjustments and the same easy-fix horizontal adjustment offer the position flexibility that makes the BFSB10 a match for any rider. Quick tension control dials allow the on-the-fly adjustments needed to simulate hills and valleys. The rock-solid brace and steel construction provides a steady smooth free ride. With the precision flywheel riders get a smooth and consistent feel at any tension setting. Whether you're at home or exercising with a large group, the BFSB10 offers everything you need in a group exercise bike and more

↑ Back to top

**SPECIFICATIONS**

- 1 piece 44 lb. flywheel
- Durable, grooved V-belt transmission system
- Handle bar with chrome post tube
- More than 14 levels of high/low and forward/backward adjustments for handle bar and seat
- 3 sealed housing sets (pedals, bell wheel, flywheel)
- Unlimited range of tension adjustments
- Smooth, quiet, aluminum leaning pedals
- Low maintenance & easy assembly

↑ Back to top

**WARRANTY**

Best Fitness In Home w/ 15 years frame, 1 year labor, 6 months wearable parts

↑ Back to top

**ASSEMBLED COUNTRY**

China

↑ Back to top

**ASSEMBLED SIZE**

44"H x 44"L x 100"W



44"H x 44"L x 100"W

↑ Back to top

**COMPONENT COUNTRY**

Imported

↑ Back to top

**SHIPPING INFO**

Shipping Included

- Delivery is not available to AK, HI or Puerto Rico

↑ Back to top

**RATINGS & REVIEWS**

Review This Product

↑ Back to top

Site Directory | Privacy Policy | Terms & Conditions | About Our Ads          ©2003-2012, Sam's West, Inc. All rights reserved.

Exhibit No. _C_

Page No. _2_

```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd"><!--18-10-2012 Start  PA performance fix for
Avoid reload PDP for express checkout  -->
        <form name="frm_chat_data"
action="http://bcvipeu01.rightnowtech.com:80/Chat/live_tc.jsp?p_db_name=samswest&p_in
tf_id=3" method="post" target="_new"><input name="c_fname" type="hidden" value="You"
/><input name="c_lname" type="hidden" value=" " /><input name="c_email" type="hidden"
value="sccallcenter@gmail.com" ><input type="hidden" id="p_cgi_url" name="p_cgi_url"
value="http://agentanswercenter.custhelp.com/app/blank" /><input type="hidden"
id="p_domain_url" name="p_domain_url" value="http://agentanswercenter.custhelp.com"
/><input type="hidden" id="p_site_name" name="p_site_name" value="samswest" /><input
type="hidden" id="p_stylesheet" name="p_stylesheet"
value="http://agentanswercenter.custhelp.com/euf/assets/css/live_tc.css"/><input
type="hidden" id="c_id" name="c_id" value="" /><input type="hidden" id="c_sid"
name="c_sid" value="" /><input type="hidden" id="c_orgid" name="c_orgid" value=""
/><input type="hidden" id="p_source" name="p_source" value="2" /></form><!-- header
page included -->
        <!-- header page included --> 
        <html>
        <head>
        <meta http-equiv="X-UA-Compatible" content="IE=8; IE=9; IE=EDGE">
        <link href="http://prod-i.samsclub.com/sams/global.css" rel="stylesheet"
type="text/css" media="screen">
                <link href="https://prod-i.samsclub.com/sams/samsCC.css"
rel="stylesheet" type="text/css" media="screen">
                <link href="http://prod-i.samsclub.com/sams/css/vehicle.css"
rel="stylesheet" type="text/css" media="all">
                <script language="JavaScript" type="text/javascript"
src="/sams/scripts/samsclubHeader.js"></script>
        <meta http-equiv="X-Frame-Options" content="deny">
<meta http-equiv="Content-Type" content="text/html; charset=UTF-8">
        <meta name="google-site-verification" content="sCCWb2OFGJs4S-
566eJW6b4_2gxeBGusvTix7xwYnyI" />
        <meta name="msvalidate.01" content="C44A19FA12CC0658CFBEF52CCA233362" />
        <script type="text/javascript">
   if( self == top ) {
        document.documentElement.style.display = 'block' ;
   } else {
        top.location = self.location ;
   }
</script>
<meta name="robots" content="noodp,noydir"><link rel="canonical"
href="http://www.samsclub.com/sams/best-fitness-bfsb10-exercise-bike/134417.ip"><meta
name="keywords" content="Bikes,Exercise Bikes,Recumbent Bike,Stationary Bike,Home Gym
Equipment,Spinning,Group Exercise,Body Solid,Body-Solid,Powerline,Spinner" >
                        <meta name="description" content="Get ready to hit the
open road in the comfort of your own home. Fifteen vertical seat adjustments with the
easy-fly horizontal adjustment guarantee a perfect seat position. Seven vertical
handlebar adjustments and the same easy-fly horizontal adjustment offer the position
flexibility that makes the BFSB10 a match for any rider. Quick tension control dials
allow the on-the-fly adjustments needed to simulate hills and valleys. The rock solid
base and steel construction provides a steady shake free ride. With the precision
flywheel riders get a smooth and consistent feel at any tension setting. Whether
you&#39;re at home or exercising with a large group, the BFSB10 offers everything you
need in a group exercise bike and more." >
```

Exhibit No. _C_

Page No. _3_

```
                                                                    var
CI_ItemMfrNum='BFSB10';
                                                                    var
CI_ItemUPC='0638448001763';
                                                                    var
CI_ItemAvailability='N';
                                                                    var
CI_ItemQTYAvaialable='';
                                                             var
CI_ItemShipping='';
                                                                    var
CI_ItemShipWeight='';
                                                                    var
CI_ItemKeywords='Bikes,Exercise Bikes,Recumbent Bike,Stationary Bike,Home Gym
Equipment,Spinning,Group Exercise,Body Solid,Body-Solid,Powerline,Spinner';
                                                                    var
CI_ItemDesc='Get ready to hit the open road in the comfort of your own home. Fifteen
vertical seat adjustments with the easy-fly horizontal adjustment guarantee a perfect
seat position. Seven vertical handlebar adjustments and the same easy-fly horizontal
adjustment offer the position flexibility that makes the BFSB10 a match for any
rider. Quick tension control dials allow the on-the-fly adjustments needed to
simulate hills and valleys. The rock solid base and steel construction provides a
steady shake free ride. With the precision flywheel riders get a smooth and
consistent feel at any tension setting. Whether you&amp;apos;re at home or exercising
with a large group, the BFSB10 offers everything you need in a group exercise bike
and more.';
                                                             </script>
                            <script type="text/javascript"  src="http://cts-
secure.channelintelligence.com/12553_landing.js"></script>
                            <script type="text/javascript" charset="utf-8"
src="//static.atgsvcs.com/js/atgsvcs.js"></script>
                 <SCRIPT LANGUAGE="JavaScript">
<!--
     var contextVal = '/sams';
//-->
</SCRIPT>
<script type="text/javascript" src="/sams/scripts/samsclubFooter.js"></script>
                       <script type="text/javascript">
                 <!--

                       function jsDecode(value){
                              if(value.length){
                                     value = value.replace(/&lt;/g,"<")
                                                  .replace(/&gt;/g,">")
                                                  .replace(/&amp;/g,"&")
                                                  .replace(/&#039;/g,"'")
                                                  .replace(/&#034;/g,'"')
                                                  .replace(/&#39;/g,"'")
                                                  .replace(/&#34;/g,'"')
                                                  .replace(/&quot;/g,'"')
                                                  .replace(/&rsquo;/g,"'");
                              }
                              return value;
                       }
```

Exhibit No. _C_

Page No. _4_





Exhibit No. _C_

Page No. _5_









```
<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.01 Transitional//EN"
"http://www.w3.org/TR/html4/loose.dtd"><!--18-10-2012 Start  PA performance fix for
Avoid reload PDP for express checkout  -->
        <form name="frm_chat_data"
action="http://bcvipeu01.rightnowtech.com:80/Chat/live_tc.jsp?p_db_name=samswest&p_in
tf_id=3" method="post" target="_new"><input name="c_fname" type="hidden" value="You"
/><input name="c_lname" type="hidden" value=" " /><input name="c_email" type="hidden"
value="sccallcenter@gmail.com" ><input type="hidden" id="p_cgi_url" name="p_cgi_url"
value="http://agentanswercenter.custhelp.com/app/blank" /><input type="hidden"
id="p_domain_url" name="p_domain_url" value="http://agentanswercenter.custhelp.com"
/><input type="hidden" id="p_site_name" name="p_site_name" value="samswest" /><input
type="hidden" id="p_stylesheet" name="p_stylesheet"
value="http://agentanswercenter.custhelp.com/euf/assets/css/live_tc.css"/><input
type="hidden" id="c_id" name="c_id" value="" /><input type="hidden" id="c_sid"
name="c_sid" value="" /><input type="hidden" id="c_orgid" name="c_orgid" value=""
/><input type="hidden" id="p_source" name="p_source" value="2" /></form><!-- header
page included -->
        <!-- header page included -->
        <html>
        <head>
        <meta http-equiv="X-UA-Compatible" content="IE=8; IE=9; IE=EDGE">
        <link href="http://prod-i.samsclub.com/sams/global.css" rel="stylesheet"
type="text/css" media="screen">
                <link href="https://prod-i.samsclub.com/sams/samsCC.css"
rel="stylesheet" type="text/css" media="screen">
                <link href="http://prod-i.samsclub.com/sams/css/vehicle.css"
rel="stylesheet" type="text/css" media="all">
                <script language="JavaScript" type="text/javascript"
src="/sams/scripts/samsclubHeader.js"></script>
        <meta http-equiv="X-Frame-Options" content="deny">
<meta http-equiv="Content-Type" content="text/html; charset=UTF-8">
<meta name="google-site-verification" content="sCCWb2OFGJs4S-
566eJW6b4_2gxeBGusvTix7xwYnyI" />
        <meta name="msvalidate.01" content="C44A19FA12CC0658CFBEF52CCA233362" />
        <script type="text/javascript">
    if( self == top ) {
        document.documentElement.style.display = 'block' ;
    } else {
        top.location = self.location ;
    }
</script>
<meta name="robots" content="noodp,noydir"><link rel="canonical"
href="http://www.samsclub.com/sams/proform-290-spx/prod2960057.ip"><meta
name="keywords" content="Fitness, Exercise, Aerobic, Bike, Spin, Spin Bike, Exercise
Bike, Exercise Cycle, Stationary Bike, PFEX02909, 176010
" >
                            <meta name="description" content="Get an incredible
workout with the ProForm® 290 SPX Exercise Bike. This cycle is built for the ultimate
cardio exercise. Whether you're a weekend warrior or a first-time fitness buyer, the
290 SPX Indoor Cycling Bike is for you. Designed with adjustable, non-slip
handlebars, you'll quickly find the right position for your workout and get started
in no time! The pedals are built with toe cages to increase your stability. For added
intensity and advanced users, the pedals can be used with the opposite side up. Stay
hydrated throughout your workout with the convenient water bottle holder and easily
move the bike to your workout area with the built-in transport wheels. " >
```

Exhibit No. ___C___

Page No. ___8___

```
                                                                      var
CI_ItemKeywords='Fitness, Exercise, Aerobic, Bike, Spin, Spin Bike, Exercise Bike,
Exercise Cycle, Stationary Bike, PFEX02909, 176010  ';
                                                                      var
CI_ItemDesc='Get an incredible workout with the ProForm&amp;#174; 290 SPX Exercise
Bike. This cycle is built for the ultimate cardio exercise. Whether you're a weekend
warrior or a first-time fitness buyer, the 290 SPX Indoor Cycling Bike is for you.
Designed with adjustable, non-slip handlebars, you'll quickly find the right position
for your workout and get started in no time! The pedals are built with toe cages to
increase your stability. For added intensity and advanced users, the pedals can be
used with the opposite side up. Stay hydrated throughout your workout with the
convenient water bottle holder and easily move the bike to your workout area with the
built-in transport wheels.';

                                                       </script>
                         <script type="text/javascript"  src="http://cts-
secure.channelintelligence.com/12553_landing.js"></script>
                         <script type="text/javascript" charset="utf-8"
src="//static.atgsvcs.com/js/atgsvcs.js"></script>
             <SCRIPT LANGUAGE="JavaScript">
<!--
      var contextVal = '/sams';
//-->
</SCRIPT>
<script type="text/javascript" src="/sams/scripts/samsclubFooter.js"></script>
                         <script type="text/javascript">

             <!--

                 function jsDecode(value){
                     if(value.length){
                         value = value.replace(/&lt;/g,"<")
                                      .replace(/&gt;/g,">")
                                      .replace(/&amp;/g,"&")
                                      .replace(/&#039;/g,"'")
                                      .replace(/&#034;/g,'"')
                                      .replace(/&#39;/g,"'")
                                      .replace(/&#34;/g,'"')
                                      .replace(/&quot;/g,'"')
                                      .replace(/&rsquo;/g,"'");
                     }
                     return value;
                 }
                 function jsPgTitle(){
                     var sVal = 'ProForm® 290 SPX';
                     sVal = (sVal.length)? sVal.replace(/^\s*/,
"").replace(/\s*$/, "") : jsDecode('');
                     return sVal;
                 }

                 var aBrCrumb = new Array();
                 aBrCrumb = jsDecode('Sports :Fitness Equipment:Exercise
Bikes:').split(':');

                 if(aBrCrumb.length > 1 && aBrCrumb[aBrCrumb.length-1] ==
'') aBrCrumb.pop();
```

Exhibit No. C

Page No. 9